IN THE UNITED STATES DISTRICT COURT, DISTRICT OF KANSAS

| | |
|---|---|
| PHILLIP MICHAEL ERAVI, CHANSI LONG, AND LAWRENCE ACCOUNTABILITY, LLC<br><br>    **Plaintiffs,**<br><br>VS.<br><br>THE CITY OF LAWRENCE, KANSAS, CICELY THORNTON, RYAN ROBINSON, AND SKYLAR RICHARDSON<br><br>    **Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 5:23-cv-01409-JAR-GEB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF CHANSI LONG

COMES NOW, Chansi Long, by and through her attorney, Joseph T. Welsh, and hereby dismisses all claims against the City of Lawrence, Kansas, Cicely Thornton, Ryan Robinson, and Skylar Richardson without prejudice, with each party to bear its owns costs and attorney's fees.

PREPARED BY:

/s/ Joseph T. Welsh_____
Joseph T. Welsh #27581
207 S. Inman St.
P.O. Box 606
Sublette, Kansas 67877
(620) 510-5030 – Phone
(620) 510-5029 - Fax
joe@jtwelshlaw.com

APPROVED BY:

 /s/ Michelle R. Steward_____
Michelle R. Steward #19260
Lindsey R. Reihoff #28560
HINKLE LAW FIRM, LLC
8711 Penrose Lane, Suite 400
Lenexa, Kansas 66219-8197
(913) 345-9205
(913) 345-4832 – Fax
mstewart@hinklaw.com
lfreihoff@hinklaw.com

## **CERTIFICATE OF SERVICE**

   I hereby certify that that on this 30th day of January, 2024, a true and correct copy of the above and foregoing was transmitted by electronic mail to:

**Michelle R. Steward**
**Lindsey R. Reihoff**
**HINKLE LAW FIRM, LLC**
**Penrose Lane, Suite 400**
**Lenexa, Kansas 66219-8197**
**mstewart@hinklaw.com**
**lfreihoff@hinklaw.com**

               /s/ Joseph T. Welsh
               **Attorney for Plaintiff**