# United States District Court

------------------------- DISTRICT OF KANSAS---------------------------

**PHILLIP MICHAEL ERAVI, et al.,**

      **Plaintiffs,**

**v.**                                                      Case No:  23-4109-JAR

**CITY OF LAWRENCE, KANSAS, et al.,**

      **Defendants.**

## JUDGMENT IN A CIVIL CASE

☐  Jury Verdict.  This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒  Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.

**IT IS THEREFORE ORDERED BY THE COURT** that Defendants' Motion to Dismiss (Doc. 11) is **granted**.

**IT IS FURTHER ORDERED BY THE COURT** that Plaintiff's Motion to Amend, Supplement, Join Additional Parties, and Consolidate (Doc. 20) is **denied with prejudice**.  This case is dismissed with prejudice.  The Clerk shall enter judgment in favor of all Defendants and close the case.

      **IT IS SO ORDERED.**

Dated: July 9, 2024

SKYLER B. O'HARA  
CLERK OF THE DISTRICT COURT

by:  *s/ Sarah Spegal*  
      Deputy Clerk